

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2018

No. 04-17-00335-CR

Josiah David **LEWIS,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9616
Honorable Dick Alcala, Judge Presiding

# O R D E R

The Joint Motion to Substitute counsel is hereby granted.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2018.

KEITH E. HOTTLE,
Clerk of Court